Bakiel, J.
 

 The examination of Feriby Burras, as to who was the father of her bastard childr was taken on oath before two justices. She did not sign the examination, nor does the act of Assembly require her to sign it.- Below on the same paper, which contained the examination, the two justices wrote the warrant to arrest the'defendant, and signed and sealed it. The signing of the names of the two justices in the place where they did sign, sufficiently authenticated the examination of the mother of the child, and also the warrant. The proceedings would have been more1 formal,
 
 it
 
 the examination had been signed by the woman and attested by the two justices j and then a warrant issued
 
 by
 
 them, on’ the same paper or on a separate paper, reciting the said affidavit or examination of the woman. ■ We have examined the whole case, and think that the Judge did not err in re>-' fusing to quash the proceedings.
 

 Per Curiam. Judgment affirmed.